■ In the Matter of JAMES R. MERCER JR., Petitioner, v DAVID STALLONE, as Superintendent of Cayuga Correctional Facility, Respondent. [25 NYS3d 921]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent finding petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding challenging a tier II disciplinary determination finding him guilty of violating a prison disciplinary rule. The Attorney General has advised this Court that the disciplinary determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's inmate account. In view of this, and given that petitioner has received all of the relief to which he is entitled, the petition is dismissed as moot (*see Matter of Rizzuto v Prack*, 134 AD3d 1263, 1263 [2015]; *Matter of Warmus v Kaplan*, 133 AD3d 1026, 1027 [2015]).

McCarthy, J.P., Lynch, Devine and Clark, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.